JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
ALIX R. GOLDSTEIN, ESQ.
Nevada Bar No. 16540
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702.792.3773
Email: joel.tasca@gtlaw.com
alix.goldstein@gtlaw.com

*Counsel for Defendant First Premier Bank*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VERONICA WILLIAMS,

Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; BACKGROUNDCHECKS.COM LLC; CLARITY SERVICES, INC. AND FIRST PREMIER BANK,

Defendants.

Case No.: 2:25-cv-01569-JCM-MDC

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE**

Plaintiff Veronica Williams and Defendant First Premier Bank, by and through their undersigned counsel of record and together (collectively referred to as the "Parties") hereby stipulate to extend the time to respond to the complaint by 14 days to obtain relevant and necessary documents in this case and request this Court enter order effectuating the same.

## I. RELEVANT PROCEDURAL BACKGROUND

Plaintiff Williams filed her complaint on August 21, 2025. ECF No. 1. Defendant First Premier Bank was served on August 27, and counsel for First Premier was retained on September 4. The deadline to respond to William's complaint is September 16. The Parties are seeking to extend the time to respond for a period of 14 days.

## II. REASONS FOR EXTENSION OF TIME

Counsel for First Premier was only recently retained. To facilitate a full examination of the

records maintained by First Premier regarding Williams and her accounts, counsel for First Premier requires a 14-day extension to respond to the complaint. Counsel for First Premier also has other pressing deadlines in the coming weeks, and an extension would ensure First Premier's response to the complaint was thoughtful and comprehensive.

**III. PROPOSED DISPOSITIVE MOTION DEADLINE**

Based on the foregoing, the Parties stipulate and agree that the deadline to file dispositive motions be extended 14 days from September 17, 2025, to October 1, 2025.

**IT IS SO STIPULATED.**

DATED this 17th day of September, 2025.

**FREEDOM LAW FIRM, LLC**

*/s/ Gerardo Avalos*

George Haines (NV Bar No. 9411)
Gerardo Avalos (NV Bar No. 15171)
8985 S. Eastern Ave, Suite 100
Las Vegas, NV 89123

*Counsel for Plaintiff Veronica Williams*

DATED this 17th day of September, 2025.

**GREENBERG TRAURIG, LLP**

*/s/ Joel E. Tasca*

Joel E. Tasca (NV Bar No. 14124)
Alix R. Goldstein (NV Bar No. 16540)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Counsel for Defendant First Premier Bank*

**ORDER**

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 18, 2025

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the **17th day of September, 2025,** a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Chris Darling*
An employee of Greenberg Traurig, LLP